# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-3309 DSF (MRWx) | Date | December 10, 2018 |
| Title | Zurich American Insurance v. Ameriquest Security Service | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   ORDER TO SHOW CAUSE

　　1.　　In mid-November, the parties informed Judge Wilner that defendant Ameriquest filed for bankruptcy protection. Because of the automatic stay in bankruptcy, Judge Wilner vacated a scheduled pre-settlement conference call with the parties. (Docket # 20.) That order directed defendant's lawyer to promptly file a notice with the district judge informing the Court of the bankruptcy filing.

　　2.　　Defendant failed to comply. As a result, a month has passed without any proper notice to the district court about the bankruptcy case (location, case number, status, etc.). That may eventually hamper the Court's ability to properly manage this action.

　　3.　　Therefore, Defendant is ordered to show cause why sanctions should not be imposed on Ameriquest or its attorneys for failing to file a timely notice of the commencement of bankruptcy proceedings. Judge Wilner will conduct the OSC hearing on December 21 at 9:30 a.m.

　　4.　　However, the hearing will be cancelled and the OSC discharged with **no further consequence** if Defendant files a notice of bankruptcy (or other appropriate notification) with the district court by the close of business on December 19.